**VIOLATION NOTICE**

Violation Number: R 3206978
Officer Name (Print): James Stafford
Officer No: 53789 / UF 10

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/03/2006
Offense Charged: ☒ DE Title 11 Section 840
Place of Offense: 206 Arnold Dr, Dover AFB, DE 19902
Offense Description: Shoplifting

20060080015

**DEFENDANT INFORMATION**

Last Name: Williams
First Name: Susan
M.I.: L
Street Address: [redacted]
City: Camden-Wyoming
State: DE
Zip Code: 19934
Phone: (302) 697-1725
D.L. State: DE
Drivers License No: [redacted]
Date of Birth: [redacted]
Social Security No: [REDACTED]

☒ Adult   ☐ Juvenile   Sex: ☐ Male ☒ Female
Hair: Bro   Eyes: Bro   Height: 5'3"   Weight: 143

**VEHICLE DESCRIPTION**
Tag No / State / Year / Make/Model / VIN / Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → 
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 844 King St, Wilmington, DE 19801
Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Susan R Williams

---

REDACTED

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 3, 2006, while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your honor, I responded to a shoplifting at 266 Arnold Dr, Dover AFB, DE involving Williams. Defendant, the defendant is observed on video tape placing two cases of bacon under her shopping cart and continuing to shop for more merchandise. Defendant approached the register and did not pay for items and as such, but did not pay for the water. Several items the defendant is observed looking into her cart while at the register. Defendant was stopped outside of the Base Exchange by the store detective with the water still in her shopping cart. The value of the bacon was $250 a case for a total of $5.00.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 08/08/2006
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on _____
US Magistrate Judge