## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | VIOLATION NOTICE NO. R3206978 |
| SUSAN L. WILLIAMS | : | 06-138N-MPT |
| Defendant. | : | |

### MOTION AND ORDER TO DISMISS

   NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for **SUSAN L. WILLIAMS.**

COLM F. CONNOLLY
United States Attorney

BY: _____
DUSTIN C. LANE, Captain, USAF
Special Assistant United States Attorney

DATE:  February 20, 2007

IT IS SO ORDERED this __26+__ day of __FEBRUARY__ 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED

FEB 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE